AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JASWANT SINGH <br><br> *Plaintiff(s)* <br><br> v. <br><br> DHOTHER CONSTRUCTION INC; JINDER SINGH; TARLOK SINGH <br><br> *Defendant(s)* | Civil Action No.   19cv99 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DHOTHER CONSTRUCTION INC; JINDER SINGH; TARLOK SINGH
3420 32ND STREET ASTORIA NEW YORK 11106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JONATHAN SILVER**
**Attorney at Law**
**80-02 Kew Gardens Road**
**Suite 316**
**Kew Gardens, New York 11415**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  1/22/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*